# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00453-CV

### M. P., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 22ND DISTRICT COURT OF CALDWELL COUNTY, NO. 14-FL-484, THE HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

### O R D E R

PER CURIAM

Appellant M. P. filed her notice of appeal on July 7, 2016. The appellate record was complete July 20, 2016, making appellant's brief due August 10, 2016. On August 10, 2016, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than August 17, 2016. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on August 11, 2016.

Before Chief Justice Rose, Justices Goodwin and Bourland